**IN THE DISTRICT COURT FOR**
**THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| **KAULDON OCHS,** | § | |
| *Plaintiff*, | § | |
| | § | |
| **V.** | § | Civil Action No. 1:24-cv-922 |
| | § | |
| **GREAT HILLS CONSTRUCTORS;** | § | |
| **JEFFREY LEADER** | § | |
| *Defendants.* | § | **JURY DEMANDED** |

**DEFENDANT GREAT HILLS CONSTRUCTORS' S NOTICE OF REMOVAL**

TO THE HONORABLE COURT:

Pursuant to 28 U.S.C. sections 1332(a), 1441(a), and 1446(a), Defendant, **GREAT HILLS CONSTRUCTORS** ("Defendant"), files this Notice of Removal, hereby removing this case from the 353rd Judicial District Court of Travis County, Texas to the United States District Court for the Western District of Texas, Austin Division. In support of this Notice of Removal, Defendant respectfully shows the Court as follows:

**I.**

**PRELIMINARY MATTERS**

1.    This negligence action arising out of an alleged accident between two vehicles. Plaintiff Kauldon Ochs claims that Defendant Jeffrey Leader pulled out in front of Plaintiff from the left shoulder in the leftmost lane on Highway 183 road and caused their vehicles to collide while driving a vehicle owned or leased by Great Hills Constructors. Plaintiff claims that the Defendant, Great Hills Constructors are vicariously liable for Jeffrey Leader's negligence.

2.    This action was filed by Plaintiff on July 10, 2024, in the 353rd Judicial District Court of Travis County, Texas, assigned Cause Number D-1-GN-24-004259 by that court. Plaintiff's state court petition alleges causes of action for negligence and negligence per se against

Jeffrey Leader, vicarious liability via respondent superior, negligent hiring, retention, training and supervision against Great Hills Constructors.

3.      Defendant Great Hills Constructors was served with Plaintiff's state-court petition on July 15, 2024. On information and belief, Jeffrey Leader has not been served with Plaintiff's state-court petition.

4.      The 353rd Judicial District Court of Travis County, Texas, is located within the Western District of Texas, Austin Division. Consequently, pursuant to 28 U.S.C. section 1441(a), this action is properly removed to this Court.

## II.

### REMOVAL IS TIMELY

5.      This removal is timely. Defendant Great Hills Constructors was served with Plaintiff's state-court petition on July 15, 2024. This Notice of Removal was filed within 30 days thereof. *See* U.S.C. § 1446(b).

## III.

### DIVERSITY JURISDICTION

6.      The basis of this removal is diversity jurisdiction under 28 U.S.C. section 1332. Diversity Jurisdiction exists because the amount in controversy exceeds $75,000.00, exclusive interests and costs, and complete diversity of citizenship exists between Plaintiff and Defendants.

**A.      Citizenship of Plaintiff**

7.      Based on the allegations in his Original Petition, Plaintiff is and was, at the time of the filing of this suit, a citizen of Texas.

**B.     Citizenship of Defendants**

8.     At the time of the initial filing of this action and at the current time of the removal of this action, Great Hills Constructors is an unincorporated partnership. *See* 28 U.S.C. § 1332(c). Its two general partners include Archer Western Construction, LLC, an Illinois limited liability company with a principal place of business in Illinois. *See* 28 U.S.C. § 1332(c). The sole member of Archer Western Construction, LLC, is located in Illinois. Great Hills Constructors's other general partner is Sundt Construction, Inc., a corporation that is incorporated in Arizona and has its principal place of business in Arizona.

9.     Defendant Jeffrey Leader is a citizen of Indiana.

**C.     Amount in Controversy**

10.     Based on the allegations in Plaintiff's Original Petition, the amount in controversy exceeds $75,000.00. Plaintiff pleads for monetary relief in excess of $1,000,000.00 but not more than $5,000,000.00. *See* 28 U.S.C. §§ 1332(a) and 1446(c).

**IV.**

**CONSENT TO REMOVAL**

11.     Great Hills Constructors is the only defendant who has been served. Jeffrey Leader's consent for removal is not required because he has not been properly served. *See* U.S.C. § 1446(b)(2)(A).

**V.**

**VENUE**

12.     Venue is proper in this district under 28 U.S.C. § 1441(a) because the state court where the suit has been pending is located in this district.

## VI.

### JURY DEMAND

13.     Defendant respectfully demands a jury be empaneled to try the facts and issues of this case.

14.     Plaintiff demanded a jury in the state court suit.

## VII.

### NOTICE TO STATE COURT

15.     Defendant Great Hills Constructors will contemporaneously file a copy of this Notice of Removal with the 353rd Judicial District Court of Travis County, Texas. *See* 28 U.S.C. § 1446(d).  Defendant Great Hills Constructors will also provide Plaintiff with written notice of the filing of this Notice of Removal. *See id.*

## VIII.

### OTHER MATERIALS

16.     In accordance with 28 U.S.C. section 1446(a), Defendant attaches a copy of all process, pleadings, and orders served upon the Defendant. Defendant also attaches the original and one copy of the civil cover sheet and supplemental civil cover removal sheet.

## IX.

### CONCLUSION

**WHEREFORE, PREMISES CONSIDERED,** Defendant **GREAT HILLS CONSTRUCTORS** respectfully requests the civil action currently pending in the 353rd Judicial District of Travis County, Texas, as Cause Number D-1-GN-24-004259 be removed to this Court, and for such other and further relief, both general and special, at law and in equity, to which the Defendant may show themselves justly entitled.

Respectfully submitted,

**FEE, SMITH & SHARP LLP**

**BRET A. SANDERS**
State Bar No. 24033152
5301 Southwest Parkway, Suite 460
Austin, Texas 78735
512-479-8400
512-479-8402 (Fax)
bsanders@feesmith.com

**ATTORNEYS FOR DEFENDANT GREAT HILLS CONSTRUCTORS**

## CERTIFICATE OF SERVICE

THIS WILL CERTIFY that a true and correct copy of the foregoing instrument has been served as stated below to all attorneys of record in this cause of action on the 14th of August, 2024.

*Via Email: joe@williamscaputo.com*
Joseph Caputo
State Bar No. 24078309
WILLIAMS CAPUTO, PLLC
206 Wild Basin Road S.
Building A, Suite 204
Austin, Texas 78746
(512) 351-7000 Office
(512) 273-6486 Facsimile

**BRET A. SANDERS**